UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
Attorneys of Record for Defendants:
Joseph DeGiuseppe, Jr. (JD 6376)
Michael P. Benenati (MPB 9669)



------------------------------------------------X
JOHN W. BUCKLEY,

                                Plaintiff,

     -against-

PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION, PHILIPS SEMICONDUCTOR
MANUFACTURING, INC., NXP
SEMICONDUCTORS AND PHILIPS
ELECTRONICS NORTH AMERICA DEFINED
BENEFIT PENSION PLAN,

                              Defendants.
------------------------------------------------X

Case No. 07 Civ. 6775
(SCR) (GAY)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff JOHN W. BUCKLEY and counsel for Defendant PHILIPS ELECTRONICS NORTH AMERICA DEFINED BENEFIT PENSION PLAN, that Defendant's time to answer, move, or otherwise respond to the Amended Complaint herein shall be extended from July 19, 2008 to and including August 1, 2008. This is the first extension request.

Dated: White Plains, New York
       July 10, 2008

VANDENBERG & FELIU, LLP

By: _____
Christopher A. D'Angelo (CD-7081)
110 East 42nd Street, Suite 1502
New York, New York 10017
(212) 763-6800
(212) 763-6810 (fax)

*Attorneys for Plaintiff*

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Joseph DeGiuseppe, Jr. (JD 6376)
Michael P. Benenati (MPB 9669)
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
(914) 683-6956 (fax)

*Attorneys for Defendants*

SO ORDERED:

_____

SO ORDERED: _____
Hon. George A. Yanthis
United States Magistrate Judge.    7/14/08

2