UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
Attorneys of Record for Defendants:
Joseph DeGiuseppe, Jr. (JD 6376)
Michael P. Benenati (MPB 9669)

-----------------------------------------------------------X
JOHN W. BUCKLEY,

                                    Plaintiff,

    -against-

-PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION, PHILIPS SEMICONDUCTOR
MANUFACTURING, INC., NXP
SEMICONDUCTORS AND PHILIPS
ELECTRONICS NORTH AMERICA DEFINED
BENEFIT PENSION PLAN,

                                  Defendants.
-----------------------------------------------------------X

Case No. 07 Civ. 6775
(SCR) (GAY)

**DEFENDANTS NOTICE OF
MOTION TO DISQUALIFY
PLAINTIFF'S COUNSEL**

To:    Christopher A. D'Angelo, Esq.
        VANDENBERG & FELIU, LLP
        *Attorneys for Plaintiff*
        110 East 42nd Street, Suite 1502
        New York, New York 10017
        (212) 763-6800

**PLEASE TAKE NOTICE**, that pursuant to the briefing schedule "so ordered" by the Court, the undersigned hereby moves this Court for an Order, granting the Motion of Defendants NXP Semiconductors USA, Inc., Philips Semiconductors Manufacturing Inc. and Philips Electronics North America Corp. (collectively the "Defendants") to disqualify Plaintiff's counsel, Christopher A. D'Angelo, Esq., and his firm Vandenberg & Feliu, LLP, on the grounds that he "ought to be called as a witness" in the above-cited litigation pursuant to the mandate of

Disciplinary Rule ("DR") 5-102(A) of the New York Lawyer's Code of Professional Responsibility.

**PLEASE TAKE FURTHER NOTICE**, that in support of the instant motion, Defendants hereby submit the following documents, together with the exhibits attached thereto: (1) Affidavit of John K. Skrypak, sworn to August 22, 2008, in Support of Defendants' Motion to Disqualify Plaintiff's Counsel; (2) Affidavit of Joseph DeGiuseppe, Jr., sworn to August 26, 2008, in Support of Defendants' Motion to Disqualify Plaintiff's Counsel; and (3) Memorandum of Law, dated August 26, 2008, in Support of Defendants' Motion to Disqualify Plaintiff's Counsel.

-Dated: White Plains, New York
      August 26, 2008

                          BLEAKLEY PLATT & SCHMIDT, LLP

                          By: _____
                              Joseph DeGiuseppe, Jr. (JD6376)
                              Attorneys for Defendants
                              One North Lexington Avenue
                              White Plains, New York 10601
                              (914) 949-2700