# EXHIBIT A

# PHILIPS

**Philips Electronics North America**

Labor, Employment & Benefits Law

By Hand

December 22, 2004

Christopher A. D'Angelo, Esq.
Vandenberg & Feliu, LLP
110 East 42nd Street
New York, New York 10017

Re: John Buckley

Dear Mr. D'Angelo:

Pursuant to your letter request, enclosed please find the Philips Electronics North America Corporation Pension Plan and related supplements and the Summary Plan Description for same. Also enclosed is the Reduction in Force Policy. Your client had previously been given copies of the Summary Plan Description and the Reduction in Force Policy.

Very truly yours,

Philips Semiconductor Manufacturing Inc.

By: _____
John K. Skrypak, Vice President
Employment & Labor Law

JKS:gpd
enclosures



1251 Avenue of the Americas   Tel: (212) 536-0500
New York ny 10020-1104       Fax: (212) 536-0828