**EXHIBIT E**



BLEAKLEY PLATT & SCHMIDT, LLP

NEW YORK   CONNECTICUT

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

JOSEPH DeGIUSEPPE, JR.
914.287.6144
JDEGIUSEPPE@BPSLAW.COM

July 21, 2008

**VIA FACSIMILE 212-763-6810**
**AND FIRST CLASS MAIL**

Christopher A. D'Angelo, Esq.
Vandenberg & Feliu, LLP
110 East 42nd Street
New York, NY 10017

> Re: *Buckley v. Philips Electronics North America Corp.,*
> *Philips Semiconductors Manufacturing, Inc., et al.*
> *USDC:SDNY Case No. 07 Civ. 6775 (SCR)(GAY)*

Dear Chris:

As we had recently discussed, I have further reviewed the issue of whether you "ought to be called as a witness" in the above-cited litigation and accordingly should withdraw as Plaintiff's counsel pursuant to the mandate of Disciplinary Rule 5-102(A) of the Code of Professional Responsibility ("DR 5-102(A)"). In this regard, I have reviewed your December 10, 2004 letter to James N. Casey, then-General Counsel of Philips Semiconductors, Inc., concerning the terms of the then-proposed Settlement and General Release Agreement, dated December 8, 2004 ("Agreement") and your alleged age discrimination issues concerning your client's then-pending employment termination.

I have also reviewed subsequent correspondence, dated December 22, 2004, that you had received from John K. Skrypak, Vice President Employment & Labor Law, Philips Electronics North America Corporation ("PENAC"), together with certain materials requested in your December 10th letter, concerning the terms of the Agreement and your client's dismissal. I also understand that you had at least two lengthy telephone conversations in December 2004 with Mr. Skrypak with respect to your client concerning your alleged issues with your client's dismissal and your attempts to renegotiate certain provisions of the Agreement.

As the validity of the Agreement is an essential issue to the resolution of this litigation, it is clear that you "ought to be called as a witness" to provide testimony towards the resolution of this issue and should therefore withdraw as Plaintiff's counsel pursuant to the mandate of DR 5-102(A). As your client has represented himself for approximately seven months in this litigation prior to your July 1, 2008 appearance, we do not believe that your requested withdrawal will cause a "hardship" to your client and we will therefore file a motion seeking your firm's disqualification, if necessary. I intend to notify the Court by Monday, July 28, 2008, of our intent to file a disqualification motion as well as the motion to dismiss the ERISA Section 510 claims alleged in

Christopher A. D'Angelo, Esq.
July 21, 2008
Page 2

the Amended Complaint against Philips Electronics North America Defined Benefit Pension Plan, unless we voluntarily resolve these matters before that time.

    Please contact me at your earliest convenience to discuss the same.

                            Very truly yours,

                            Bleakley Platt & Schmidt, LLP

                            Joseph DeGiuseppe, Jr.

cc:    NXP Semiconductors
        Philips Electronics North America
           Defined Benefit Pension Plan

```
* * * COMMUNICATION RESULT REPORT ( JUL. 21. 2008  12:54PM ) * * *
                                         FAX HEADER 1:  BLEAKLYPLATT&SCHMIDT
                                         FAX HEADER 2:

TRANSMITTED/STORED : JUL. 21. 2008 12:52PM
FILE MODE          OPTION              ADDRESS            RESULT       PAGE
-----------------------------------------------------------------------------
5163 MEMORY TX                         2127636810         OK           3/3
-----------------------------------------------------------------------------
     REASON FOR ERROR
       E-1) HANG UP OR LINE FAIL              E-2) BUSY
       E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# BLEAKLEY PLATT & SCHMIDT, LLP

One North Lexington Avenue
P.O. Box 5056
White Plains, New York 10602-5056
(914) 949-2700

Date: July 21, 2008                    File: 10321-00003

| ADDRESSED TO: | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|
| Christopher A. D'Angelo, Esq. |  | 212-763-6810 |

FROM: Joseph DeGiuseppe, Jr., Esq.

RE: Buckley v. Philips Electronic North America – 07 Civ. 6775 (SCR)

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 3

COMMENTS:

If you do not receive all pages, please call (914) 949-2700 and ask to speak with the sender.

Bleakley Platt & Schmidt Facsimile No.: (914) 683-6956
IMPORTANT NOTICE: The accompanying fax transmission is intended to be viewed and read only by the individual or entity named above. If you are not the intended recipient so named, you are prohibited from reading this transmission. You are also notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us by the U.S. Postal Service.

Thank you.