# EXHIBIT F



**VANDENBERG & FELIU**
LLP

ATTORNEYS AT LAW
Christopher A. D'Angelo
cdangelo@vanfeliu.com

July 25, 2008

*VIA EMAIL AND REGULAR MAIL*

BLEAKLY PLATT & SCHMIDT, LLP
Joseph DeGiuseppe, Jr.
One North Lexington Avenue
White Plains, New York 10601

Re:  Buckley v. Philips Electronics North America Corporation,
Philips Semiconductor Manufacturing, Inc., et al.
USDC: SDNY Case No. 07-CV-6775 (SCR)(GAY)

Dear Joe:

This letter is in response to your letters dated July 10, which demands that Plaintiff withdraw his ERISA claim, and July 21, which demands that I withdraw as Plaintiff's counsel. As you know, I took over that position on July 1, after Mr. Buckley had been proceeding *pro se* for the past year.

In response to your demand that the ERISA claim be withdrawn, we decline to do so. When the Amended Complaint was filed Mr. Buckley was proceeding *pro se*. Now that I have had a chance to review the Amended Complaint and the facts regarding the ERISA issue in greater detail, Mr. Buckley is asserting a claim under section 502 of ERISA for a failure by the defendants to accrue interest under the PRP. This claim is subject to a six year statute of limitations and is, therefore, timely.

Your demand that I withdraw as counsel is declined as well. Your letter fails to set forth any facts which would require a withdrawal.

Please call me if you would like to discuss these issues further.

Sincerely,

Christopher A. D'Angelo

CDA:jlm
cc: John Buckley