UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
Attorneys of Record for Defendants:
Joseph DeGiuseppe, Jr. (JD 6376)
Michael P. Benenati (MPB 9669)

---------------------------------------------------------------X
JOHN W. BUCKLEY,

                              Plaintiff,

     -against-

-PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION, PHILIPS SEMICONDUCTOR
MANUFACTURING, INC., NXP
SEMICONDUCTORS AND PHILIPS
ELECTRONICS NORTH AMERICA DEFINED
BENEFIT PENSION PLAN,

                             Defendants.
---------------------------------------------------------------X

Case No. 07 Civ. 6775
(SCR) (GAY)

DEFENDANT PHILIPS
ELECTRONICS NORTH
AMERICA DEFINED
BENEFIT PENSION PLAN'S
NOTICE OF MOTION TO
DISMISS PLAINTIFF'S
AMENDED COMPLAINT

To:    Christopher A. D'Angelo, Esq.
        VANDENBERG & FELIU, LLP
        *Attorneys for Plaintiff*
        110 East 42nd Street, Suite 1502
        New York, New York 10017
        (212) 763-6800

**PLEASE TAKE NOTICE**, that pursuant to the briefing schedule "so ordered" by the Court, the undersigned hereby moves this Court for an Order, granting Defendant Philips Electronics North America Defined Benefit Pension Plan's Motion to Dismiss Plaintiff's Amended Complaint in its entirety with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE**, that in support of the instant motion, Defendant Philips Electronics North America Defined Benefit Pension Plan ("Defendant Plan") will rely on the following documents, together with the exhibits attached thereto: (1) Affidavit of Joseph DeGiuseppe, Jr., sworn to August 26, 2008, in Support of Defendant Plan's Motion to Dismiss Plaintiff's Amended Complaint; and (2) Memorandum of Law, dated August 26, 2008, in Support of Defendant Plan's Motion to Dismiss the Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6).

Dated: White Plains, New York
       August 26, 2008

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Joseph DeGiuseppe, Jr. (JD6376)
Attorneys for Defendants
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700