UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700
Attorneys of Record for Defendants:
Joseph DeGiuseppe, Jr. (JD 6376)
Michael P. Benenati (MPB 9669)

---------------------------------------------------------------X
JOHN W. BUCKLEY,

                        Plaintiff,        Case No. 07 Civ. 6775
                                               (SCR)(GAY)
    -against-

                                                 RULE 7.1 DISCLOSURE OF
PHILIPS ELECTRONICS NORTH AMERICA     DEFENDANT PHILIPS
CORPORATION, PHILIPS SEMICONDUCTOR    ELECTRONICS NORTH
MANUFACTURING, INC., NXP                             AMERICA CORPORATION
SEMICONDUCTORS AND PHILIPS                      PENSION PLAN
ELECTRONICS NORTH AMERICA DEFINED
BENEFIT PENSION PLAN,

                       Defendants.
---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Philips Electronics North America Corporation Pension Plan hereby certify the following: The Philips Electronics North America Corporation Pension Plan is an employee pension plan, as defined under the Employee Retirement Income Security Act of 1974 (ERISA), established and maintained by Philips Electronics North America Corporation, which is a wholly owned subsidiary of Philips Holding USA, Inc., which is, in turn, wholly owned by Koninklijke Philips Electronics N.V., which is a publicly traded company

Dated: White Plains, New York
       August 26, 2008

                              BLEAKLEY PLATT & SCHMIDT, LLP

                By: _____
                          Joseph DeGiuseppe, Jr. (JD 6376)
                          One North Lexington Avenue
                          White Plains, New York 10601
                          Tel: (914) 949-2700
                          Fax: (914) 683-6956

                          *Attorneys for Defendants*