# EXHIBIT C

## John W. Buckley, Esq.
### 60 Woodcrest Drive
### Hopewell Junction, New York 12533
(845) 264-5212          (914) 962-3473 (fax)

March 10, 2008

Hon. George A. Yanthis
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Buckley v. Philips Electronics North America Corp.,
    et al.,
    USDC:SDNY Case No.07 Civ. 6775(SCR)
    Request for Pre-Motion Conference

Dear Judge Yanthis:

I respectfully request a pre-motion conference in anticipation of filing a motion to amend my complaint in the referenced law suit. Defendants have refused to stipulate to my request to amend the Complaint.

I seek to amend to clarify that portion of my Complaint which alleges that defendant's age discrimination interfered with the attainment of my rights to pension and welfare benefits provided by defendants. It is currently not clear that I contend that defendant's interference with these rights violates Section 510 of the Employee Retirement Income Security Act of 1974 ("ERISA"). I also seek to amend to change the form of the Complaint from the "canned" format provided on the District Court's web site to a "standard" format.

An Amended Complaint will not substantially prejudice defendant's rights for the following reasons:

a. the substance of the financial injury and age
   discrimination to be asserted in the Amended Complaint
   are substantially identical to those claimed in the

Buckley to Judge Yanthis
Page Two
March 10, 2008

original Complaint.

b. the change to a "standard" Complaint format will tend to
eliminate disputes over form that would tend to waste this
Court's time and, in fact, will operate to facilitate
defendant's preparation of its defense.

c. the Amended Complaint will be filed at an early stage of
Discovery. At this point, defendants have only filed
interrogatories and demands for document production. No
depositions have been taken.

d. my benefit interference position is well known to
defendants. In fact, the communication to defendants of my
claim and the facts supporting it pre-date the filing of
the law suit by at least thirty-three months. I do not seek
to alter either the amount of damages claimed or the age
discrimination which triggered those damages.

    Finally, I believe my proposed motion for leave to amend
falls squarely within the intent of Section 15(a) of the
Federal Rules of Civil Procedure. An Amended Complaint will
not prejudice defendant's rights.

    I am available to meet at your convenience.

Very truly yours,

John W. Buckley

# **Certificate of Service**

Case No. 07 Civ. 6775(SCR)

I, JOHN W. BUCKLEY, hereby declare under penalty of perjury, that on March 10, 2008, I served a copy of the foregoing letter upon Michael P. Benanti, Esq. with offices at Bleakley, Platt & Schmidt, One North Lexington Avenue, White Plains, New York 10601 via first class mail.

Dated: Hopewell Junction, New York
      March 10, 2008

John W. Buckley
60 Woodcrest Drive
Hopewell Junction, New York 12533